
LEWIS BRISBOIS BISGAARD & SMITH LLP

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

March 28, 2022

**Defendant's unopposed request is granted.  The Initial Pretrial Conference ("IPTC") scheduled for April 5, 2022 is adjourned to May 17, 2022, at 1:00 p.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  The parties shall submit their pre-IPTC joint letter and the proposed case management plan and scheduling order by May 10, 2022.**

**VIA ECF**

**SO ORDERED.**

Hon. John P. Cronan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**Date:   March 29, 2022
New York, New York**

JOHN P. CRONAN
United States District Judge

Re:   Unity Electric Co.,, Inc.  v. Microdesk, Inc.
1:22-cv-01066-JPC

Dear Judge Cronan:

I am the attorney for defendant. My Notice of Appearance has just been filed. I write with the consent of plaintiffs' counsel to request that the conference scheduled for April 5, 2022 [DE 6] be adjourned to a date convenient to the Court after May 5, 2022, which is the date defendant's response to the Complaint is due [DE 7]. This is the first request for an adjournment. The basis for the request is that defendant is still in the initial stage of preparing its defense.

Thank you for your attention to this matter.

Respectfully,

/s/Peter T. Shapiro

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:   Counsel for plaintiff (via ECF)

ARIZONA · CALIFORNIA · COLORADO · CONNECTICUT · FLORIDA · GEORGIA · ILLINOIS · INDIANA · KANSAS · KENTUCKY

LOUISIANA · MARYLAND · MASSACHUSETTS · MISSOURI · NEVADA · NEW JERSEY · NEW MEXICO · NEW YORK

NORTH CAROLINA · OHIO · OREGON · PENNSYLVANIA · RHODE ISLAND · TEXAS · WASHINGTON · WEST VIRGINIA
4858-9579-1641.1